UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOEY L. NELSON,

    Plaintiff,

v.                                              Case No. 5:23-cv-265-TKW-MJF

OFFICER HICKS, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff Joey L. Nelson, a Florida prisoner proceeding *pro se*, initiated this action on October 2, 2023, by filing a civil rights complaint under 42 U.S.C. § 1983. Doc. 1.

On January 17, 2024, the undersigned ordered Nelson to file an amended complaint (or a notice of voluntary dismissal) by February 16, 2024. *See* Doc. 6.[1] To date, Nelson has not complied with that order and has not responded to the 14-day show cause order issued on March 5, 2024. Doc. 7.

---

[1] Nelson's original complaint was deficient because he failed to respond to questions on the complaint form concerning his litigation history.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This action be **DISMISSED** without prejudice for Plaintiff's failure to comply with court orders.[2]

2. The clerk of court be directed to close this case file.

At Panama City, Florida, this 2nd day of April, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**The District Court referred this case to the undersigned to make recommendations regarding dispositive matters.** *See* **28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b). Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the report and recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only. A party must serve a copy of any objections on all other parties. A party who fails to**

---

[2] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

object to this report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.